UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEVIN GREEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  No. 2:20-cv-00327-JPH-MJD |
| | ) |
| B. LAMMER, | ) |
| | ) |
| Respondent. | ) |

**Order Dismissing Action and Directing Entry of Final Judgment**

Petitioner Kevin Green, an inmate at the Federal Correctional Institution in Terre Haute, Indiana, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the conditions of his confinement. In the Order of July 10, 2020, the Court reviewed Mr. Green's petition pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts and dismissed it because his claims are not appropriate for a habeas case. Dkt. 6. Mr. Green was given a period of time to show cause why the action should not be dismissed. *Id*. Mr. Green did not respond and the deadline to do so has passed. Accordingly, consistent with this Order of July 10, 2020, Mr. Green's petition for a writ of habeas corpus is **dismissed**. Judgment consistent with this Order shall now issue.

**SO ORDERED.**

Date: 10/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEVIN GREEN
18298-030
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808